534

389 A.2d 174

Commonwealth v. Mazzocca, Appellant.

Submitted April 11, 1977. John J. Ross, for appellant; Keith R. McMillen, Assistant District Attorney, and Joseph S. Walko, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.